**KENTUCKY CARBON CORPORATION, Movant,**

v.

**Charles H. SHORTRIDGE et al., Respondents.**

Supreme Court of Kentucky.

Nov. 21, 1978.

William J. Baird, III, Baird & Baird, Pikeville, for movant.

John D. Hays, Pikeville, John Riehl, Jr., Dept. of Labor, Louisville, for respondents.

OPINION AND ORDER

The motion of Kentucky Carbon Company for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered December 9, 1977, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.

**James R. YOCOM et al., Movants,**

v.

**Donald SAYLOR et al., Respondents.**

Supreme Court of Kentucky.

Nov. 21, 1978.

Gemma M. Harding, Deputy Gen. Counsel for Appeals, Dept. of Labor, Louisville, Kenneth E. Hollis, Gen. Counsel, Dept. of Labor, Frankfort, for movants.

E. Andre Busald, Florence, J. Kenneth Meagher, Cincinnati, Ohio, William L. Huffman, Director, Workmen's Compensation Bd., Dept. of Labor, Frankfort, for respondents.

OPINION AND ORDER

The motion of James R. Yocom, et al. for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered December 9, 1977, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.